

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

712 DEARBORN, LLC

v.

CARPENTERS LOCAL UNION NO. 1

**07cv7063**
**JUDGE NORDBERG**
**MAG. JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

712 DEARBORN, LLC

**FILED**
DEC 17 2007
DEC 1 7 2007   rg

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| NAME (Type or print) | |
| JOHN M. RICCIONE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ | |
| FIRM | |
| ARONBERG GOLDGEHN DAVIS & GARMISA | |
| STREET ADDRESS | |
| 330 N. WABASH AVENUE, SUITE 3000 | |
| CITY/STATE/ZIP | |
| CHICAGO, ILLINOIS 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6209375 | 312-828-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |