**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| 712 DEARBORN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  07 C 7063 |
| vs. | ) | |
| | ) | Judge Nordberg |
| CARPENTERS LOCAL UNION NO. 1 | ) | |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

### NOTICE OF FILING

To:   John M. Riccione
      Jillian S. Cole
      ARONBERG GOLDGEHN DAVIS & GARMISA
      330 N. Wabash Ave., Suite 3000
      Chicago, IL  60611

**PLEASE TAKE NOTICE** that on January 2, 2008 the undersigned filed with the United States District Court, Northern District of Illinois, Eastern Division Defendant's Answer to Complaint.  A true and correct copy of which is attached hereto and hereby served upon you.

                              Respectfully Submitted

                              /s/ Terrance B. McGann
                              Attorney for Carpenters Local Union No. 1

Terrance B. McGann, # 6199967
Attorney for Defendant
WHITFIELD McGANN & KETTERMAN
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 251-9700  Fax (312) 251-9701
E-Mail:  tmcgann@whitfield-mcgann.com

### CERTIFICATE OF SERVICE

I, Terrance B. McGann, hereby certify that I filed the following: Defendant's ANSWER TO COMPLAINT, with the United States District Court, Northern District of Illinois, Eastern Division, and by sending same via U.S. Mail, first class postage prepaid, to the person(s) who said Notice is directed before on January 2, 2008.

                              /s/ Terrance B. McGann