

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

KC **FILED**
DEC 2 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| 712 DEARBORN, LLC, | ) |
| Plaintiff, | ) No. 07 C 7063 |
| vs. | ) Judge Nordberg |
| | ) Magistrate Judge Ashman |
| CARPENTERS LOCAL UNION NO. 1 | ) |
| Defendant. | ) |

## NOTICE OF FILING

TO: Chicago Regional Council of Carpenters' Local Union No. 1
c/o Maritn C. Umlauf
12 East Erie Street
Chicago, Illinois 60611-2796.

PLEASE TAKE NOTICE that on December 28, 2007, we filed in the United States District Court for the Northern District of Illinois, Eastern Division, the attached **Affidavit of Special Process Server**.

712 DEARBORN, LLC

By: _____
One of their attorneys

John M. Riccione, Esq.
Jillian S. Cole, Esq.
Attorneys for Defendants
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue
Suite 3000
Chicago, Illinois 60611
312/828-9600

## CERTIFICATE OF SERVICE

Jillian S. Cole, an attorney, on oath states that she caused copies of the foregoing Notice of Filing to be served upon the above person at their respective address by depositing same in the U.S. Mail at 330 N. Wabash, Chicago, Illinois, on _____, 2007 before 5:00 p.m.

_____

| | | | |
|---|---|---|---|
| ClientCaseID: | S. PAIGE TROEL |  | CaseReturnDate: 1/18/08 |
| Law Firm ID: | ARONBERG | *171652A* | Affidavit of SPECIAL PROCESS SERVER |

## UNITED STATES DISTRICT COURT

Case Number **07CV7063**

I, **R. MARSHALL GRADY**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **CHICAGO REGIONAL COUNCIL OF CARPENTERS LOCAL UNION NO. 1**
PERSON SERVED **MELVIN CLAY, SECURITY OFFICER**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **12/19/07**

MR. CLAY CONTACTED THE EXECUTIVE OFFICE, WHERE HE SPOKE TO WANDA JACKSON, ASSISTANT TO THE PRESIDENT. SHE INSTRUCTED HIM TO ACCEPT SERVICE ON BEHALF OF HERSELF AND MR. UMLAUF, PRESIDENT.

That the sex, race and approximate age of the person whom I left the   **SUMMONS AND COMPLAINT**
are as follow:

| Sex | MALE | Race | BLACK | Age | 49 |
|---|---|---|---|---|---|
| Height | 6' | Build | MEDIUM | Hair | BLACK |

LOCATION OF SERVICE   **12 E ERIE ST.**
**CHICAGO, IL, 60611**

Date Of Service  12/19/07        Time of Service  2:03 PM

R. MARSHALL GRADY                    12/21/2007
**SPECIAL PROCESS SERVER**
PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

KC **FILED**
DEC 2 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT