**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| 712 DEARBORN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7063 |
| | ) | |
| vs. | ) | Judge Nordberg |
| | ) | |
| | ) | Magistrate Judge Ashman |
| CARPENTERS LOCAL UNION NO. 1 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF ADDRESS

TO:    Chicago Regional Council of Carpenters' Local Union No. 1
       c/o Martin C. Umlauf
       12 East Erie Street
       Chicago, Illinois 60611-2796

PLEASE TAKE NOTICE that effective **May 1, 2008**, counsel for 712 Dearborn, LLC.

will relocate its offices to:

Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Avenue – **Suite 1700**
Chicago, Illinois  60611
Telephone No. (312) 828-9600
Facsimile No. (312) 828-9635

All Notices or Pleadings filed after that date should be directed to counsel at the address

and/or facsimile number listed above.

712 Dearborn, LLC

By: s/ John M. Riccione
                    One of its attorneys

John M. Riccione, Esq.
Aronberg Goldgehn Davis & Garmisa
330 North Wabash Avenue
Chicago, Illinois 60611
Phone No. (312) 828-9600
477050.v1

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, S. Paige Troelstrup, a non-attorney, certifies that she served a true and correct copy of the within and foregoing **NOTICE OF CHANGE OF ADDRESS** upon the persons listed above by mailing same to said attorney at the address set forth hereinabove, in the United States Mail Chute at 330 N. Wabash Avenue, Chicago, Illinois  60611 at or before 5:00 p.m., postage prepaid; First Class U.S. Mail, this 22nd day of April, 2008.