# EXHIBIT A

# Terrance McGann

| | |
|---|---|
| **From:** | Terrance McGann [tmcgann@whitfield-mcgann.com] |
| **Sent:** | Wednesday, April 02, 2008 5:20 PM |
| **To:** | 'Greg Freerksen' |
| **Subject:** | FW: Pretrial Scheduling Order-712 Dearborn v Carpenters Local Union No. 1 |

**From:** Terrance McGann [mailto:tmcgann@whitfield-mcgann.com]
**Sent:** Wednesday, April 02, 2008 4:21 PM
**To:** 'John Riccione'
**Subject:** RE: Pretrial Scheduling Order-712 Dearborn v Carpenters Local Union No. 1

John,
Sure take the 30 days. We'll discuss a new date for the deposition.

Terry

**From:** John Riccione [mailto:jriccione@agdglaw.com]
**Sent:** Wednesday, April 02, 2008 3:51 PM
**To:** Terrance McGann
**Subject:** RE: Pretrial Scheduling Order-712 Dearborn v Carpenters Local Union No. 1

Dear Terry,

My client is going to be out of town for a while and with my schedule having just returned from Florida for a week, I would like to impose upon you to continue the deposition and the written discovery for 30 days. Please advise if this is acceptable.

Sincerely,

John M. Riccione
**Aronberg Goldgehn Davis & Garmisa**
330 North Wabash, Suite 3000
Chicago, IL 60611
☎ voice: (312) 755-3188
🖷 fax:   (312) 222-6388
✉ email: jriccione@agdglaw.com
website: www.agdglaw.com

Confidentiality Notice

This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.

IRS Circular 230 Notice

To the extent that this communication concerns federal tax issues, this communication is not intended to be used and cannot be used by any taxpayer to avoid penalties.