# EXHIBIT B

WHITFIELD, McGANN & KETTERMAN
Attorneys at Law

Collins P. Whitfield*
Terrance B. McGann
Travis J. Ketterman

Amy E. Paluch Epton
Gregory N. Freerksen
Karl E. Masters
Daniel P. McAnally
Guy Z. Prihar, Ph.D.
Karen M. Rioux
Raymond J. Sanguinetti
Leonard D. Saphire-Bernstein

*Also Licensed in Wisconsin
**Also Licensed in Pennsylvania
New Jersey

Of Counsel
Goldberg, Weisman & Cairo
Dianne M. Onichimowski**
Kenneth J. Cortesi
Mark A. Spadoro

SUITE 2600
111 EAST WACKER DRIVE
CHICAGO, ILLINOIS 60601
TELEPHONE (312) 251-9700
FACSIMILE (312) 251-9701

445

April 21, 2008

*Via U.S. Mail and Facsimile No. (312) 828-9635*

John M. Riccione
ARONBERG GOLDGEHN DAVIS & GARMISA
330 N. Wabash Ave., Suite 3000
Chicago, IL 60611

***Re:*** ***712 Dearborn, LLC vs. Carpenters Local Union No. 1***
***Case No.: 07 C 7063***

Dear Mr. Riccione:

As you will recall, we agreed to extend the date for responses to written discovery for thirty (30) days and extend the deposition date for your client. Since this date is quickly approaching, it will be necessary to reschedule the deposition of your client. Please let me know a date when you and your client are available during the week of May 12, 2008.

I look forward to hearing from you.

Very truly yours,

TERRANCE B. McGANN

TBM/tk
Enclosure

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4736 |
| CONNECTION TEL | 13128289635 |
| CONNECTION ID | ARONBERG-GOLDGEH |
| ST. TIME | 04/21 14:01 |
| USAGE T | 00'31 |
| PGS. SENT | 2 |
| RESULT | OK |

Whitfield McGann & Ketterman
Attorneys at Law
111 East Wacker Drive
Suite 2600
Chicago, Illinois 60601

Phone (312) 251-9700 Fax (312) 251-9701

FACSIMILE TRANSMITTAL COVER SHEET

**To:** **John M. Riccione**

**From:** **Terrance B. McGann**

**Date:** **April 21, 2008**

**Fax Numbers:** **(312) 828-9635**

**Number of Pages (including cover):** **2**

**RE:** **712 Dearborn vs. Carpenters Union 1**

This message is intended only for the use of the person or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this