**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| 712 DEARBORN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  07 C 7063 |
| vs. | ) | |
| | ) | Judge Nordberg |
| CARPENTERS LOCAL UNION NO. 1 | ) | |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   John M. Riccone
      ARONBERG, GOLDGEHNM, DAVIS & GARMISA
      330 N. Wabash Ave., Suite 300
      Chicago, IL  60611

      PLEASE TAKE NOTICE that on **Thursday, May 22, 2008 at 2:30 p.m.** I shall appear before the Honorable John A. Nordberg, in Room 1801, or any Judge in his stead, at the United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, where I shall then and there present *Defendant's Motion to Compel Discovery*, a copy of which has been electronically served upon you.

      Respectfully Submitted

      By: /s/ Terrance B. McGann
           One of the attorneys for Defendants

Terrance B. McGann (ARDC# 6199967)
Gregory N. Freerksen (ARDC#0874612)
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700
tmcgann@whitfield-mcgann.com