# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| 712 DEARBORN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7063 |
| | ) | |
| vs. | ) | Judge Nordberg |
| | ) | |
| | ) | Magistrate Judge Ashman |
| CARPENTERS LOCAL UNION NO. 1 | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Plaintiff, 712 Dearborn, LLC, by and through its attorneys Aronberg Goldgehn Davis & Garmisa, and pursuant to Rule 41(a)(2) desires to voluntarily dismiss this action.

No counterclaim or dispositive motion has been filed by Defendant, Carpenters Local Union No. 1.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order dismissing this case and granting such other and further relief as it deems just and reasonable under the circumstances.

712 DEARBORN, LLC

By: s/ John M. Riccione
One of their attorneys

John M. Riccione, Esq.
Jillian S. Cole, Esq.
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue – Suite 1700
Chicago, Illinois 60611
312/828-9600