IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 712 DEARBORN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7063 |
| | ) | |
| vs. | ) | Judge Nordberg |
| | ) | |
| | ) | Magistrate Judge Ashman |
| CARPENTERS LOCAL UNION NO. 1 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: Terrance B. McGann
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on **May 22, 2008** at **2:30p.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable John A. Nordberg or any judge sitting in his stead, in the courtroom usually occupied by him, in Room 1801 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Plaintiff's **Motion for Voluntary Dismissal.**

712 DEARBORN, LLC

By: s/ John M. Riccione
One of their attorneys

John M. Riccione, Esq.
Jillian S. Cole, Esq.
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue – Suite 1700
Chicago, Illinois 60611
312/828-9600

## CERTIFICATE OF SERVICE

John M. Riccione, an attorney, on oath states that he caused copies of the foregoing Motion to be served upon all Filing Users in accordance with the General Order on Electronic Case Filing and Local Rule 5.9.

s/ John M. Riccione

482660.v1